CIVIL MINUTES
6/12/12 JURY TRIAL (DAY TWO)
C2-10-81, AC STRIP RECEIVER FOR CBCA ADMINISTRATORS V. THE LOGE GROUP

PLAINTIFFS COUNSEL: NELSON GENSHAFT
DEFENDANTS COUNSEL: ROY HULME
COURT REPORTER: GINA WELLS & DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

Plaintiffs call Dr. Richard Murdock to the stand.
Dr. Murdock testified to Joint Exhibit 1.
Cross examination of Dr. Murdock by Mr. Hulme.
Dr. Murdock testified to Joint Exhibit 6.
Redirect examination of Dr. Murdock by Mr. Genshaft.
Re-cross examination of Dr. Murdock by Mr. Hulme.

Plaintiffs call Don Trudeau as on cross.
Mr. Trudeau testified to Plaintiffs exhibits 4.

Defendants moved for the striking of Plaintiffs experts testimony, which the Court denies.

Before the moving of exhibits, the parties engaged in settlement negotiations.

The parties reached a settlement and terms of the settlement were put on the record.