# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AC Strip, Receiver for CBCA Administrators, Inc., | ) CASE NO.  2:10-cv-081 |
| Plaintiff, | ) JUDGE JAMES L. GRAHAM ) MAGISTRATE JUDGE DEAVERS |
| v. | ) **STIPULATED DISMISSAL, WITH PREJUDICE** |
| The Loge Group, et. al., | ) |
| Defendants. | ) |

Now come the parties, by and through counsel, to hereby stipulate to the dismissal, with prejudice, of this lawsuit, including all claims against The Loge Group, Donald Trudeau, Simione, Macca & Larrow, LLP and Carmen J. Macca. Each party is to bear their own costs.


/s/  Nelson Genshaft
NELSON GENSHAFT
STRIP, HOPPERS, LEITHART,
 MCGRATH & TERLECKY CO.,
 L.P.A.
575 South Third Street
Columbus, OH  43215
614-228-6345
neg@columbuslawyer.net
Attorney for Plaintiff

/s/  Roy A. Hulme
ROY A. HULME (0001090)
REMINGER CO., L.P.A.
101 West Prospect Avenue, Suite 1400
Cleveland, OH  44115
216-687-1311
rhulme@reminger.com
Attorney for Defendants